DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

G & S BUSINESS SERVICES v. FAST FARE

No. 656P87.

Case below: 87 N.C. App. 678.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

GREAT AMERICAN INS. CO. v. BAILEY

No. 53P88.

Case below: 88 N.C. App. 311.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 9 March 1988.

HALL v. CITY OF DURHAM

No. 16PA88.

Case below: 88 N.C. App. 53.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and plaintiffs' cross petition allowed 9 March 1988.

INS. CO. OF NORTH AMERICA v.
AETNA LIFE & CASUALTY CO.

No. 46P88.

Case below: 88 N.C. App. 236.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

McLAURIN v. WINSTON-SALEM
SOUTHBOUND RAILWAY CO.

No. 605PA87.

Case below: 87 N.C. App. 413.

Petition by defendant (Southbound) for discretionary review pursuant to G.S. 7A-31 allowed 9 March 1988.